UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KAREN CULVER, personal Representative of the Estate of ROBERT CULVER, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) CAUSE NO. 1:20-cv-2838-JPH-MKK |
| METROPOLITAN SCHOOL DISTRICT OF MARTINSVILLE | )<br>) |
| Defendant. | ) |

*The Court acknowledges the Stipulation of Dismissal with Prejudice, dkt. 77. JPH, 5/26/2023 Distribution via ECF.*

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this entire matter with prejudice. Each party shall bear its/her own costs and attorneys' fees.

Attorneys for Plaintiff                                 Attorneys for Defendant

*/s/ Eric J. Hartz*                                         */s/ Caren L. Pollack (w/ permission)*
Meghan U. Lehner                                     Caren L. Pollack
Eric J. Hartz                                                POLLACK LAW FIRM
CLEVELAND LEHNER CASSIDY              10333 N. Meridian St., Suite 111
6214 Carrollton Ave., Suite 200                 Carmel, IN 46290
Indianapolis, IN 46220                                (317)660-4880
(317) 388-5424